**EXHIBIT 1**

# BURSOR & FISHER
### P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
www.bursor.com

MAX ROBERTS
Tel: **646.837.7408**
Fax: **212.989.9163**
mroberts@bursor.com

September 15, 2021

*Via FedEx*

Earth Rated
8500 Decarie Blvd., 7th Floor
Mont-Royal, Quebec
H4P 2N2
Canada

Re:   Notice and Demand Letter Pursuant to U.C.C. § 2-607,
       New York General Business Law §§ 349-50,
       and all other state and local laws

This letter serves as a preliminary notice and demand for corrective action by Earth Rated ("You") pursuant to U.C.C. § 2-607(3)(a) concerning breaches of express and implied warranties, as well as numerous provisions New York law—including but not limited to New York General Business Law §§ 349 and 350—on behalf of our clients Chelsea Chang and Megan Natale, and a class of all similarly situated purchasers of Earth Rated Compostable Poop Bags (collectively, the "Products"). This letter provides statutory notice of our intent to file a class action lawsuit.

Our clients purchased the Products, which You repeatedly misrepresented and warranted as being "compostable." Our clients understood this to mean that their Products would be compostable. However, pet waste isn't compostable in municipal or industrial facilities due to the risk of contamination. Further, compostable waste bags will not break down in landfills due to lack of sunlight, moisture, and oxygen which inhibits degradation. Therefore, contrary to Your express representations, the Products are not "compostable." Accordingly, our clients and similarly situated consumers were injured by purchasing the Products, because they would not have purchased the Products had they known the Products were not compostable. Such acts are in violation of Your express and implied warranties, as well as New York General Business Law §§ 349 and 350.

On behalf of our clients and the Class, we hereby demand that You immediately (1) cease and desist from falsely representing that the Products are compostable and (2) make full restitution to all purchasers of the Products of all purchase money obtained from sales thereof.

We also demand that You preserve all documents and other evidence which refer or relate to any of the above-described practices during the applicable class periods, including electronically stored information and including, but not limited to, the following:

1. All documents concerning the packaging, labeling, testing, and manufacturing

  process for the Products;

2. All documents concerning the pricing, advertising, marketing, and/or sale of the Products;

3. All communications with customers involving complaints or comments concerning theProducts;

4. All documents concerning communications with any retailer involved in the marketing orsale of the Products;

5. All documents concerning communications with any suppliers involved in themanufacturing or sale of the Products; and

6. All documents concerning the total revenue derived from sales of the Products.

  If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

  Please contact me right away if you wish to discuss an appropriate way to remedy this matter. If I do not hear from you promptly, I will take this as an indication that you are not interested in discussing this offer of resolution.

            Very truly yours,

            *Max Roberts*

            Max Roberts