UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGANNE NATALE and CHELSEA CHENG, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>9199-4467 QUEBEC INC., d/b/a EARTH RATED,<br><br>                    Defendant. | Case No. 2:21-cv-6775-JS-SIL<br><br>Hon. Joanna Seybert |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (i) the accompanying Memorandum of Law; (ii) the Declaration of Max S. Roberts, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement); and (iii) the Declaration of Gina Intrepido-Bowden of JND Legal Administration, Plaintiffs Meganne Natale and Chelsea Cheng, by and through their undersigned attorneys, will move this Court, before the Honorable Joanna Seybert, United States District Court Judge for the Eastern District of New York, at the Alfonse M. D'Amato Federal Building, 100 Federal Plaza, Courtroom 1030, Central Islip, New York 11722, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) granting preliminary approval of the Settlement; (ii) provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(a) and 23(b)(3) in connection with the settlement process; (iii) appointing Bursor & Fisher, P.A. as Class Counsel; (iv) appointing Meganne Natale and Chelsea Cheng as the Class Representatives for the

Settlement Class; and (v) granting such other, further, or different relief as the court deems just and proper. A Proposed Preliminary Approval Order is submitted herewith.

Dated: March 14, 2024                                              Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
       Max S. Roberts

Max S. Roberts
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:   (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher*
Brittany S. Scott*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com
           bscott@bursor.com

**Pro Hac Vice*

*Proposed Class Counsel*

2