UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGANNE NATALE and CHELSEA CHENG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>9199-4467 QUEBEC INC., d/b/a EARTH RATED,<br><br>　　　　　　　　　　Defendant. | Case No. 2:21-cv-6775-JS-SIL<br><br>Hon. Joanna Seybert |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 23, 2024 at 10:30 a.m., before the Honorable Joanna Seybert, United States District Court Judge for the Eastern District of New York, at the Alfonse M. D'Amato Federal Building, 100 Federal Plaza, Courtroom 1030, Central Islip, New York 11722, Plaintiffs Meganne Natale and Chelsea Cheng, by and through Class Counsel, will move and hereby do move for an order: (i) finally approving the Class Action Settlement, and (ii) certifying the Settlement Class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon: (i) the accompanying memorandum of law in support; (ii) the Declaration of Max S. Roberts and the exhibits attached thereto; and (iii) the Declaration of Ryan Bahry of JND Legal Administration and the exhibits attached thereto.

A [Proposed] Order Granting Final Approval of Class Action Settlement and Entering Judgment is submitted herewith.

1

Dated: September 9, 2024

Respectfully submitted,

By: /s/ *Max S. Roberts*
     Max S. Roberts

**BURSOR & FISHER, P.A.**
Max S. Roberts
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:   (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (*Pro Hac Vice*)
Brittany S. Scott (*Pro Hac Vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com
       bscott@bursor.com

*Class Counsel*